# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

| | | | |
|---|---|---|---|
| Case No. | CV04-1498 CBM(JWJx) | Date | 10/16/06 |
| Title | Lynne Wang, et al -vs- Chinese Daily News, et al. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Joseph Levario & Steve Chung | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Della Bahan
Randy Renick
Viginia Keeny
Cornelia Dai

Attorneys Present for Defendants:

Mark T. Palin
Scott K. Dauscher

**Proceedings:** PRE TRIAL CONFERENCE

Case called. Court and counsel confer.

Court orders the amended witness list shall be turned in no later than October 27, 2006.

Exhibits on the list are admitted except those which objections have been filed.

Counsel agreed to screening of the jurors.

Proposed pretrial order is approved and filed.

Counsel affirm that they will be trailing status.



DOCKETED ON CM
OCT 18 2006
BY        021

                                              1  :  30

Initials of Preparer        SC