JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LYNNE WANG, YU FANG INES KAI, and HUI JUNG PAO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHINESE DAILY NEWS, INC., et al., <br><br> Defendant. | Case No. CV 04-1498 CBM (JWJx) <br><br> CLASS ACTION <br><br> **JUDGMENT** |

The matter before the Court, the Honorable Consuelo B. Marshall, United States District Judge presiding, is the jury trial and subsequent bench trial of the above entitled matter.

The Jury trial commenced on November 28, 2006 and was submitted to the Jury on January 5, 2007. The Jury having duly rendered its verdict; in accordance with Fed. R. Civ. P. 58, and consistent with the Jury's verdict and the Court's Orders on the parties' postverdict motions, IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of Plaintiffs on all causes of action.

The bench trial on damages was held July 31, 2007 through August 2, 2007. Consistent with the Findings of Fact and Conclusions of Law issued herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs and against Defendant:

(1). for overtime pay owed to Salespersons involved in the certified collective action pursuant to FLSA;

(2) in the amount of $37,949.00 with a daily rate of interest of $10.39 commencing on March 5, 2000 for overtime pay owed to Timecard Employees;

(3) in the amount of $1,074,728.00 with a daily interest rate of $294.25 commencing on March 5, 2000 for overtime pay owed to Reporters;

(4) in the amount of $258,144.00 with a daily rate of interest of $70.68 commencing on January 1, 2001 for missed meal and rest breaks owed to Timecard Employees;

(5) in the amount of $128,356.00 with a daily rate of interest of $35.14 commencing on January 1, 2001 for missed breaks owed to Reporters;

(6) in the amount of $611,302.00 with a daily rate of interest of $167.37 commencing on January 1, 2001 for missed breaks owed to Other Employees;

(7) in the amount of $105,348.00 for vacation buyback commencing on March 5, 2001 with a daily rate of interest of $28.84;

(8) in the amount of $61,013 for waiting-time penalties;

(9) in the amount of $354,820.00 for inaccurate wage statements for all class members.

IT IS FURTHER ORDERED that Plaintiffs' request for an injunction is denied. Plaintiff may file a separate motion within fourteen days of entry of this judgment requesting attorney fees. *See* Fed.R. Civ. P. 54(d)(2)(B). Plaintiff may file a separate notice within fifteen days of entry of this judgment attaching a proposed

1 bill of costs. *See* L.R. 54-3.

2

3

4 **IT IS SO ORDERED.**

5

6 Dated: February 27, 2008

7

8                               CONSUELO B. MARSHALL

9                               United States District Judge