UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 04-1498 CBM (JWJx)          Date: August 14, 2008

Title:   Wang, et al. v. Chinese Daily News, Inc., et al.
======================================================================
DOCKET ENTRY
ORDER appointing Special Master and approving Proposed Notice
======================================================================
PRESENT:           Hon. <u>CONSUELO B. MARSHALL, JUDGE</u>

<u>JOSEPH LEVARIO</u>           <u>        N/A        </u>
Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

**PROCEEDING**

     Having reviewed the supplemental information in support of Defendant's proposal for Lester Levy to serve as special master, the Court appoints Mr. Levy to serve as special master in this action without objection from Plaintiffs.  As previously stated in the Court's June 18, 2008 Order, the Opt-out notices shall be sent within 21 days of this Court's appointment of a special master.

     The Court has also reviewed parties' resubmission of proposed "Notice of Class Action And Judgment" To Amend Opt-Out Section.  The Court approves the Notice as resubmitted.


**IT IS SO ORDERED.**

Initials of Deputy Clerk
cc:      Judge Marshall
         Parties of Record