**FILED**

**NOT FOR PUBLICATION**

NOV 09 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LYNNE WANG; YU FANG INES KAI; HUI JUNG PAO, on behalf of themselves and all others similarly situated; LIEN YI JUNG; YU FANG KAI; CHANG CHINGFANG; JEFFREY SUN; SHIEH-SHENG WEI; YUN MIN PAO; HUI JUNG LEE; CHENGYANG YAN; SHIANG HUANG; CHIH-MING SHEU; MINH VI-HUYNH; JENNY LIU HUNG, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHINESE DAILY NEWS, INC., <br><br> Defendant - Appellant. | No. 08-55483 <br><br> D.C. No. 2:04-cv-01498-CBM-JWJ <br><br> O R D E R <br><br>  |
| LYNNE WANG; YU FANG INES KAI; HUI JUNG PAO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs - Appellees, <br><br> and <br><br> LIEN YI JUNG; YU FANG KAI; CHINGFANG CHANG; SHIEH-SHENG WEI; YUN MIN PAO; HUI JUNG LEE; CHENYANG YAN; SHIANG L. | No. 08-56740 <br><br> D.C. No. 2:04-cv-01498-CBM-JWJ |

| |
|---|
| HUANG; CHIH-MING SHEU; MINH VI-HUYNH; JENNY LIU HUNG; JEFFREY SUN,<br><br>        Plaintiffs,<br>v.<br><br>CHINESE DAILY NEWS, INC.,<br><br>        Defendant - Appellant. |

Before:     TROTT and W. FLETCHER, Circuit Judges, and BREYER,[*] District Judge.

Appellant's motion for additional briefing is hereby GRANTED.

The parties are ordered to file supplemental briefs in light of *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. \_\_\_\_ (2011). Appellant's brief shall be filed no later than 30 days from the filing of this order. Appellees' brief shall be filed within 21 days thereafter. Appellant may file a reply brief within 14 days after the filing of Appellee's brief. Principal briefs may not exceed 7,000 words, and the optional reply brief may not exceed 3,500 words.

Oral argument, if necessary, will be scheduled at a later date.

---

[*]     The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

2