1 | Randy Renick [S.B. #179652]
2 | Cornelia Dai [S.B. #207435]
  | HADSELL STORMER
3 |   RICHARDSON & RENICK, LLP
  | 128 North Fair Oaks Avenue
4 | Pasadena, California 91103-3645
5 | Telephone: (626) 585-9600
  | Facsimile: (626) 577-7079
6 |
7 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| LYNNE WANG, YU FANG INES KAI, and HUI JUNG PAO, on behalf of themselves and all others similarly situated, | Case No. CV 04-1498 CBM (AJWx) |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| vs. | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS ACTION CERTIFICATION FOLLOWING REMAND[914]** |
| CHINESE DAILY NEWS, INC., et al., | |
| Defendant. | |

# **ORDER**

Good cause appearing therefore, and pursuant to the Parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their Motion for Class Action Certification Following Remand on or before October 21, 2013, and the Motion shall have a page limitation of 30 pages;

2. Defendant shall file its Opposition to the Motion for Class Action Certification Following Remand on November 20, 2013, and the Opposition shall have a page limitation of 30 pages;

3. Plaintiffs shall file their Reply in Support of their Motion for Class Action Certification Following Remand on or before December 11, 2013, and the Reply shall have a page limitation of 15 pages; and

4. A hearing on Plaintiffs' Motion for Class Action Certification will take place on January 7, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: October 8, 2013

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE