**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYNNE WANG; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>CHINESE DAILY NEWS, INC.,<br><br>    Defendant - Appellant. | No. 14-56379<br><br>D.C. No. 2:04-cv-01498-CBM-AJW<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
2/11/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Pursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event the district court declines to approve the parties' settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court ruling, but in any event by February 11, 2016.  If no notice of reinstatement is filed, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation