Randy Renick (California Bar No. 179652)
(Email: rrr@ hadsellstormer.com)
Cornelia Dai (California Bar No. 207435)
(Email: cdai@ hadsellstormer.com)
**HADSELL STORMER & RENICK, LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone:    (626) 585-9600
Fax:               (626) 577-7079

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE WANG, YU FANG INES KAI, and HUI JUNG PAO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHINESE DAILY NEWS, INC., <br><br> Defendant. | Case No.: CV-04-1498-CBM (AJWx) <br><br> **JUDGMENT AND DISMISSAL** <br><br><br> Date:          September 15, 2015 <br> Time:          10:00 a.m. <br> Location:     Courtroom 2 <br><br> Honorable Consuelo Marshall |

1

The Court hereby enters final judgment in this action as between Plaintiffs and the Class and Defendant Chinese Daily News, Inc., as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1.     All Released Claims of Plaintiffs and the Class are hereby released as against Defendant and all other Released Parties as defined in the Settlement.

2.     Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

3.     The parties and the Notice Administrator are hereby ordered to comply with the terms of the Settlement.

4.     This action is dismissed with prejudice as against the Defendant, each side to bear its own costs and attorneys' fees except as provided by the Settlement and the Court's orders.

5.     This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6.     The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

DATED: November 13, 2015

_____
HON. CONSUELO MARSHALL
United States District Judge

JUDGMENT AND DISMISSAL